In re:                                                          Case No. 11-00258-MDF
Stephen J. Resig                                                Chapter 13
Wendy J. Resig
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-1    User: AGarner    Page 1 of 1    Date Rcvd: Jul 12, 2016
                Form ID: ntrevtfr    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 14, 2016.
db/jdb        +Stephen J. Resig,   Wendy J. Resig,   911 Country Club Road,   Camp Hill, PA 17011-1618

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 14, 2016                           Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 12, 2016 at the address(es) listed below:
      Andrew  Goldberg    on behalf of Creditor    Federal National Mortgage Association
       Bkmail@rosicki.com
      Atlas Acquisitions LLC    bk@atlasacq.com
      Bass and Associates PC    on behalf of Creditor    Capital One, N.A. ecf@bass-associates.com
      Bass and Associates PC    on behalf of Creditor    HSBC Bank Nevada, N.A. ecf@bass-associates.com
      Charles J. DeHart, III (Trustee)   dehartstaff@pamd13trustee.com,    TWecf@pamd13trustee.com
      Jay B Jones    on behalf of Creditor    GMAC Mortgage, LLC pamb@fedphe.com
      Jeniece  Davis    on behalf of Creditor    Seterus, Inc. as the authorized subservicer for Federal
       National Mortgage Association ("Fannie Mae") creditor c/o Seterus, Inc jeniece@mvrlaw.com,
       bonnie@mvrlaw.com
      John Matthew Hyams    on behalf of Joint Debtor Wendy J. Resig jmh@johnhyamslaw.com,
       jak@johnhyamslaw.com,jsa@johnhyamslaw.com
      John Matthew Hyams    on behalf of Debtor Stephen J. Resig jmh@johnhyamslaw.com,
       jak@johnhyamslaw.com,jsa@johnhyamslaw.com
      Joseph P Schalk    on behalf of Creditor    GMAC Mortgage, LLC pamb@fedphe.com
      Joshua I Goldman    on behalf of Creditor    OCWEN LOAN SERVICING, LLC bkgroup@kmllawgroup.com,
       bkgroup@kmllawgroup.com
      United States Trustee    ustpregion03.ha.ecf@usdoj.gov
      William E. Craig    on behalf of Creditor    Wells Fargo Auto Finance, Inc., Servicer for Wells
       Fargo Bank, N.A. mortonlaw.bcraig@verizon.net,   donnal@mortoncraig.com;mhazlett@mortoncraig.com
                                                                                  TOTAL: 13

ntrevtfr(04/14)

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

Stephen J. Resig
Wendy J. Resig

Debtor(s)

Chapter 13

Case No. 1:11−bk−00258−MDF

## Notice

Notice to the Debtors:

The Trustee has filed a final report and final account certifying that the estate has been fully administered. If within thirty (30) days no objection has been filed by the United States Trustee or a party in interest, pursuant to F.R.B.P. 5009, there shall be a presumption that the estate has been fully administered and this case will be closed without further notice.

Pursuant to L.B.R. 3015−5 a discharge will not be entered for both debtors unless a Certification Regarding Domestic Support Obligations and a Certification About a Financial Management Course are filed. Only certifications filed on or after the date the Trustee certifies plan payments were completed are valid, certifications filed before that date must be filed anew.

**Address of the Bankruptcy Clerk's Office:**
U.S. Bankruptcy Court
Ronald Reagan Federal Building
PO Box 908
Harrisburg, PA 17108
(717) 901−2800

**For the Court:**
Clerk of the Bankruptcy Court:
Terrence S. Miller
By: AGarner

Hours Open: Monday − Friday 9:00 AM − 4:00 PM

Date: July 12, 2016