38672/11-00258

# IN THE UNITED STATES BANKRUPTCY COURT

## OF MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RE:STEPHEN J. RESIG AND WENDY J. RESIG | : | BKY NO. 11-00258 |
| DEBTOR(S) | : | |
| SETERUS, INC. AS THE AUTHORIZED SUBSERVICER FOR FEDERAL NATIONAL MORTGAGE ASSOCIATION ("FANNIE MAE"), CREDITOR C/O SETERUS, INC | : : : : | CHAPTER 13 |
| MOVANT | | |
| STEPHEN J. RESIG AND WENDY J. RESIG CHARLES J. DEHART, III, TRUSTEE RESPONDENTS | | |

## CERTIFICATION OF NO RESPONSE BEING FILED

**JENIECE D. DAVIS, ESQUIRE, OF THE LAW OFFICES OF MARTHA E. VON ROSENSTIEL, P.C** attorney for Seterus, Inc., servicer for Seterus, Inc. as the authorized subservicer for Federal National Mortgage Association ("Fannie Mae"), creditor c/o Seterus, Inc., the Movant herein, hereby certifies that no response has been filed to the foregoing Motion for Relief from Stay under Section 362(d) of the Bankruptcy Code of l978.

/s/Jeniece D. Davis, Esquire
Jeniece D. Davis, Esquire
Martha E. Von Rosenstiel, P.C.
649 South Avenue
Secane, PA 19018
Attorney ID 208967
**Jeniece@mvrlaw.com**

Date: 7/18/2016

John Matthew Hyams, Esquire, Electronic Service
555 Gettysburg Pike Suite C-402
Mechanicsburg, PA 17055

38672/11-00258

Stephen J. Resig and Wendy J. Resig
911 Country Club Road
Camp Hill, PA 17011

Charles J. DeHart, III, Trustee, Electronic Service
8125 Adams Drive #A
Hummelstown, PA 17038