Certificate Number: 00301-PAM-DE-027553986

Bankruptcy Case Number: 11-00258


00301-PAM-DE-027553986

## CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on June 5, 2016, at 6:21 o'clock PM EDT, STEPHEN J RESIG completed a course on personal financial management given by internet by InCharge Debt Solutions, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date: June 5, 2016     By: /s/Nelly Fernandez

Name: Nelly Fernandez

Title: Bankruptcy Team Lead

Certificate Number: 00301-PAM-DE-027553988

Bankruptcy Case Number: 11-00258


00301-PAM-DE-027553988

## CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on June 5, 2016, at 6:21 o'clock PM EDT, WENDY RESIG completed a course on personal financial management given by internet by InCharge Debt Solutions, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date:   June 5, 2016                 By:     /s/Nelly Fernandez

                                     Name:   Nelly Fernandez

                                     Title:  Bankruptcy Team Lead