```
                        United States Bankruptcy Court
                         Middle District of Pennsylvania
In re:                                                          Case No. 11-00258-MDF
Stephen J. Resig                                                Chapter 13
Wendy J. Resig
         Debtors            CERTIFICATE OF NOTICE
District/off: 0314-1           User: AGarner           Page 1 of 1           Date Rcvd: Aug 12, 2016
                               Form ID: fnldec         Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 14, 2016.
db/jdb       +Stephen J. Resig,   Wendy J. Resig,   911 Country Club Road,   Camp Hill, PA 17011-1618

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                      TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 14, 2016                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 12, 2016 at the address(es) listed below:
              Andrew Goldberg    on behalf of Creditor    Federal National Mortgage Association
               Bkmail@rosicki.com
              Atlas Acquisitions LLC    bk@atlasacq.com
              Bass and Associates PC    on behalf of Creditor    Capital One, N.A. ecf@bass-associates.com
              Bass and Associates PC    on behalf of Creditor    HSBC Bank Nevada, N.A. ecf@bass-associates.com
              Charles J. DeHart, III (Trustee)    dehartstaff@pamd13trustee.com,    TWecf@pamd13trustee.com
              Jay B Jones    on behalf of Creditor    GMAC Mortgage, LLC pamb@fedphe.com
              Jeniece Davis    on behalf of Creditor    Seterus, Inc. as the authorized subservicer for Federal
               National Mortgage Association ("Fannie Mae") creditor c/o Seterus, Inc jeniece@mvrlaw.com,
               bonnie@mvrlaw.com
              John Matthew Hyams    on behalf of Joint Debtor Wendy J. Resig jmh@johnhyamslaw.com,
               jak@johnhyamslaw.com,jsa@johnhyamslaw.com
              John Matthew Hyams    on behalf of Debtor Stephen J. Resig jmh@johnhyamslaw.com,
               jak@johnhyamslaw.com,jsa@johnhyamslaw.com
              Joseph P Schalk    on behalf of Creditor    GMAC Mortgage, LLC pamb@fedphe.com
              Joshua I Goldman    on behalf of Creditor    OCWEN LOAN SERVICING, LLC bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
              William E. Craig    on behalf of Creditor    Wells Fargo Auto Finance, Inc., Servicer for Wells
               Fargo Bank, N.A. mortonlaw.bcraig@verizon.net,    donnal@mortoncraig.com;mhazlett@mortoncraig.com
                                                                                              TOTAL: 13

fnldec (12/15)

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

Stephen J. Resig  
911 Country Club Road  
Camp Hill, PA 17011

Chapter 13  
Case No. 1:11−bk−00258−MDF

Wendy J. Resig  
911 Country Club Road  
Camp Hill, PA 17011

Last four digits of Social−Security, Individual Taxpayer−Identification, Employer Tax−Identification No(s)(if any):  
xxx−xx−4771  
xxx−xx−9801

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered and the deposit required by the plan has been distributed.

**IT IS ORDERED, Charles J. DeHart, III (Trustee)** is discharged as trustee of the estate of the above−named debtor(s); and the chapter 13 case of the above named debtor(s) is closed.

Dated: August 12, 2016

By the Court,

*Mary D. France*

Honorable Mary D. France  
United States Bankruptcy Judge  
By: AGarner, Deputy Clerk